UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HERRERA, : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:24-202 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| DEPARTMENT OF JUSTICE, *et al.*, : | |
| : | |
| Defendants : | |

# ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motions to dismiss (Docs. 20, 22) are **GRANTED**.

2. This case is **DISMISSED** without prejudice to plaintiff's right to file a new complaint in the event that he subsequently obtains a separate court order invalidating his underlying criminal sentence as required by *Heck v. Humphrey*, 512 U.S. 477 (1994).

3. The Clerk of Court is directed to **CLOSE** this case.

Malachy E. Mannion
United States District Judge

Dated: 1/13/25
24-202-01-order

FILED
SCRANTON

JAN 13 2025

PER JKC
DEPUTY CLERK